**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/30/2017

IN RE:

ROBERT T. HAMMERLEE
KAREN S. HAMMERLEE
559 KEISTER ROAD
VENUS, PA 16364
XXX-XX-4761          Debtor(s)

XXX-XX-4907

Case No.13-10292 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/30/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br><br>PITTSBURGH, PA 15233 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: EQUITABLE GAS/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CALIBER HOME LOANS**<br>POB 24330<br><br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 0.00<br>COMMENT: 860.68*BENEFICIAL MTG*860.86 X (48+2)=LMT*FR HSBC-DOC 31*BGN 3/13 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6756 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 1<br><br>CLAIM: 13,010.89<br>COMMENT: 13433@6%MDF/PL*DKT | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4357 |
| **HUNTINGTON NATIONAL BANK(*)**<br>2361 MORSE RD (NC2W43)<br><br>COLUMBUS, OH 43229 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 3<br><br>CLAIM: 14,182.88<br>COMMENT: 14596@6%MDF/PL*DKT | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1600 |
| **VENANGO COUNTY TAX CLAIM BUREAU***<br>1174 ELK STREET<br>PO BOX 831<br><br>FRANKLIN, PA 16323 | Trustee Claim Number: 5   INT %: 9.00%<br>Court Claim Number:<br><br>CLAIM: 1,052.91<br>COMMENT: $@9%/PL*NOT DUE/CRED~NTC-RSV | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 18003091A000: 12 |
| **AES/PHEAA****<br>POB 8147**<br><br>HARRISBURG, PA 17105 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA0 |
| **AES/PHEAA****<br>POB 8147**<br><br>HARRISBURG, PA 17105 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA0 |
| **CITIZENS AUTO FINANCE**<br>443 JEFFERSON BLVD RJW-135<br><br>WARWICK, RI 02886 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 14,401.88<br>COMMENT: REPO*CHARTER ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4771 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE 19713 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7497499994 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE 19713 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 433600610653 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br><br>CAROL STREAM, IL  60197-4153 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7117230063 |
| **BERKHEIMER TAX ADMINISTRATOR****<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SD?BORO?PER CAP TAX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ?: 12 |
| **BERKHEIMER TAX ADMINISTRATOR****<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SD? BORO? PER CAP TAX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? : 12 |
| **BERKHEIMER TAX ADMINISTRATOR****<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SD?BORO? PER CAP TAX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4892861: 12 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 515597005847 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 486236255935 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 529107161957 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 529107137750 |
| **CHASE/JPMORGAN CHASE(*)**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 526340011602 |
| **CHASE/JPMORGAN CHASE(*)**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 418557408952 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CHASE/JPMORGAN CHASE(*)**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4104 |
| **CHASE/JPMORGAN CHASE(*)**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 411816031219 |
| **CHASE/JPMORGAN CHASE(*)**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 418558641907 |
| **CHASE/JPMORGAN CHASE(*)**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 447947090052 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 512107508074 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 5,190.19<br>COMMENT: 512107966960@NO AMT/SCH*SEARS/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4395 |
| **CITIZENS AUTO FINANCE INC(*)**<br>BANKRUPTCY DEPT*<br>100 SOCKANOSSET CROSSROAD*<br>CRANSTON, RI 02920 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 272236 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,606.30<br>COMMENT: 7536245323PA0/SCH*FR CITIZENS-AES/PHEAA*DOC 19*FR PHEAA*DOC 38 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4907 |
| **AES/PHEAA****<br>POB 8147**<br>HARRISBURG, PA 17105 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*CITZENS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA0 |
| **AES/PHEAA****<br>POB 8147**<br>HARRISBURG, PA 17105 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*CITIZENS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA0 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AES/PHEAA**<br>POB 8147**<br>HARRISBURG, PA  17105 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*CITIZENS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA0 |
| **AES/PHEAA**<br>POB 8147**<br>HARRISBURG, PA  17105 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*CITIZENS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA0 |
| **AES/PHEAA**<br>POB 8147**<br>HARRISBURG, PA  17105 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*CITIZENS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA0 |
| **AES/PHEAA**<br>POB 8147**<br>HARRISBURG, PA  17105 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*CITIZENS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA0 |
| **AES/PHEAA**<br>POB 8147**<br>HARRISBURG, PA  17105 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*CITIZENS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7536245323PA05 |
| **COMENITY BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*FASHION BUG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 600466004937 |
| **COMENITY BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*MAURICES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 852657 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3429636 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 349630 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 349633 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br><br>GREENVILLE, SC  29603-0390 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  687495011901562 |
| **DISABILITY MANAGEMENT SERVICES**<br>POB 13480<br><br>PHILADELPHIA, PA  19101 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  D1000965 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  2,886.72<br>COMMENT:  1603-2009, 7715264/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3459 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br><br>NEW ALBANY, OH  43054 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  601100206041 |
| **ERIE INSURANCE GROUP**<br>100 ERIE INSURANCE PLACE<br><br>ERIE, PA  16530 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  TR10854720 |
| **FIDELITY BANK****<br>C/O WESTBANCO BANK INC*<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV  26003 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  R18186 |
| **FIRST UNITED NATIONAL BANK**<br>P.O. BOX 7<br><br>FRYBURG, PA  16326 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  900 |
| **GEMB/JCPENNEY++**<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  600889080080 |
| **GEMB/JCPENNEY++**<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  600889346662 |
| **GEMB/JCPENNEY++**<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  600889074552 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **GE MONEY BANK++**<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 603462081828 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH*HOME PROD |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br>PHOENIX, AZ 85062 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 00430822 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br>PHOENIX, AZ 85062 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 00490162 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 603532017299 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 603532021176 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 603532017299 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL 60197 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 543703068031 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1687 | CLAIM: 406.04<br>COMMENT: 7168/SCH*FR CAP ONE*DOC 34 |
| **BON TON**<br>P.O. BOX 2285<br>YORK, PA 17405 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 211604100941 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH |
| **BON TON**<br>P.O. BOX 2285<br>YORK, PA 17405 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 211601010224 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **YAMAHA/GEMB**<br>PO BOX 6153<br><br>RAPID CITY, SD  57709 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  17662110075 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:62  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LEGRAIN & PALO SUREGRY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  38073437149 |
| **KNIGHTS OF COLUMBUS**<br>POB 1492<br><br>NEW HAVEN, CT  06506-1492 | Trustee Claim Number:63  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0104286917 |
| **KNIGHTS OF COLUMBUS**<br>POB 1492<br><br>NEW HAVEN, CT  06506-1492 | Trustee Claim Number:64  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0104286916 |
| **LVNV FUNDING LLC**<br>POB 10584<br><br>GREENVILLE, SC  29603-0584 | Trustee Claim Number:65  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT AR~NO$/SCH*CITIBANK/SEARS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  512107508074 |
| **TAX AUTH OR TYPE TAX UNKNOWN**<br>INSUFFICIENT INFO AVAILABLE<br>TO BE RESOLVED | Trustee Claim Number:66  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  C/O CRNT YR TX CLLCTR/SCH*SD?BORO?*YR?*PER CAP TAX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **MIDLAND CREDIT MANAGEMENT INC**<br>2365 NORTHSIDE DR STE 300<br><br>SAN DIEGO, CA  92108 | Trustee Claim Number:67  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH*GEMB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  853123 |
| **ONE MAIN FINANCIAL\*\***<br>PO BOX 70911<br><br>CHARLOTTE, NC  28272-0911 | Trustee Claim Number:68  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  673803250367854 |
| **PINNACLE CREDIT SERVICES**<br>C/O CBS<br>POB 740933<br>DALLAS, TX  75374 | Trustee Claim Number:69  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  KA1 |
| **SALLIE MAE ECFC**<br>C/O SALLIE MAE<br>PO BOX 9430<br>WILKES-BARRE, PA  18706 | Trustee Claim Number:70  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  8,355.33<br>COMMENT:  99369736901/SCH*CL T/FRD ~ ND POA! OBJ PNDG@CID 89 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4761/4907 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SALLIE MAE INC**<br>220 LASLEY AVE<br><br>WILKES-BARRE, PA  18706 | Trustee Claim Number:71  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9936973690100022008 |
| **SALLIE MAE INC**<br>220 LASLEY AVE<br><br>WILKES-BARRE, PA  18706 | Trustee Claim Number:72  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9936973690100032008 |
| **SALLIE MAE O/B/O DEPT OF EDUCATION**<br>C/O SALLIE MAE DEPT OF EDU LOAN SVCS<br>PO BOX 740351<br><br>ATLANTA, GA  30374-0351 | Trustee Claim Number:73  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  8,552.81<br>COMMENT:  2009/SCH*GU BAR TIMELY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4907 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:74  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  504994104979 |
| **TD AUTO FINANCE**<br>POB 9223<br><br>FARMINGTON, MI  48333 | Trustee Claim Number:75  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  700075 |
| **TD AUTO FINANCE**<br>POB 9223<br><br>FARMINGTON, MI  48333 | Trustee Claim Number:76  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  100017 |
| **TD AUTO FINANCE**<br>POB 9223<br><br>FARMINGTON, MI  48333 | Trustee Claim Number:77  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4194 |
| **TMS PHYSICAL THERAPY**<br>201 B ERIE ST<br><br>GROVE CITY, PA  16127 | Trustee Claim Number:78  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  113121 |
| **UPMC NORTHWEST**<br>PATIENT ACCOUNTS<br>POB 568<br><br>SENECA, PA  16346 | Trustee Claim Number:79  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0437643222254 |
| **UPMC NORTHWEST**<br>PATIENT ACCOUNTS<br>POB 568<br><br>SENECA, PA  16346 | Trustee Claim Number:80  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0031581952272 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **UPMC NORTHWEST**<br>PATIENT ACCOUNTS<br>POB 568<br><br>SENECA, PA  16346 | Trustee Claim Number:81  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0437643222279 |
| **UPMC NORTHWEST**<br>PATIENT ACCOUNTS<br>POB 568<br><br>SENECA, PA  16346 | Trustee Claim Number:82  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0437643223014 |
| **UPMC NORTHWEST**<br>PATIENT ACCOUNTS<br>POB 568<br><br>SENECA, PA  16346 | Trustee Claim Number:83  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0437643223001 |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:84  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2009227169011000 |
| **US BANK**<br>POB 790117<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:85  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 419003033033 |
| **CALIBER HOME LOANS**<br>POB 24330<br><br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:86  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM:  4,156.86<br>COMMENT:  6825/PL*THRU 2/13*BENEFICIAL MTG*FR HSBC-DOC 31 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6756 |
| **CALIBER HOME LOANS**<br>POB 24330<br><br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:87  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM:  1,065.14<br>COMMENT:  NT/PL*NTC-POSTPET FEE EXP*REF CL*W2,86  *FR HSBC-DOC 31 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: ...6756 |
| **CALIBER HOME LOANS**<br>POB 24330<br><br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:88  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM:  1,065.14<br>COMMENT:  NT/PL*SUPP NTC PP FEE/EXP*REF CL*W/86 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6756 |
| **NAVIENT F/K/A SALLIE MAE ECFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number:89  INT %: 0.00%<br>Court Claim Number:7-2<br><br>CLAIM:  8,355.33<br>COMMENT:  W/70*PURPORTS TO AMD C7~S/B POA~TEE OBJ PNDG! | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4907/4761 |