IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Robert T. Hammerlee | : | Case No.13-10292TPA |
| Karen S. Hammerlee | : | Chapter 13 |
|     Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
|     Movant(s) | : | |
| | : | |
|     vs. | : | |
| Navient Solutions Inc | : | Hearing Date |
| Sallie Mae ECFC | | |
|     Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM #7

The OBJECTION that was filed in the above-referenced case on JANUARY 30, 2017 (document #44) is hereby WITHDRAWN. Therefore, the hearing scheduled for March 1, 2017, is cancelled.

                                        Respectfully submitted

2/16/17                                  /s/ Ronda J. Winnecour

                                        Ronda J. Winnecour (PA I.D. #30399)
                                        Attorney and Chapter 13 Trustee
                                        U.S. Steel Tower – Suite 3250
                                        600 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Robert T. Hammerlee                           :    Case No.13-10292TPA
Karen S. Hammerlee                            :    Chapter 13
    Debtor(s)                              :
Ronda J. Winnecour, Trustee                   :
                                              :    Related to Document #
    Movant(s)                              :
                                              :
    vs.                                    :
Navient Solutions Inc                         :    Hearing Date
Sallie Mae ECFC
    Respondent(s)

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Navient Solutions Inc
PO Box 9640
Wilkes-Barre PA 18773-9640

Jack Remondi, CEO
Navient Solution Inc
220 Lasley Avenue
Wilkes-Barre PA 18706

Raymond Quinlan, Chairman & CEO
Sallie Mae
388 Greenwich Street
New York NY 10013

Alane A. Becket, Esquire
Becket & Lee LLP
16 General Warren Blvd
Malvern PA 19355
Robert and Karen Hammerlee
559 Keister Road
Venus PA 16364

Sharon Smith, Esquire
197 Main Street
Brookville PA 15825

2/16/17  /S/ Dianne DeFoor\_\_\_
date  Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566