IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Robert T. Hammerlee | : | Case No.13-10292TPA |
| Karen S. Hammerlee | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document #  44 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Navient Solutions Inc | : | Hearing Date |
| Sallie Mae ECFC | | |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM #7

The OBJECTION that was filed in the above-referenced case on JANUARY 30, 2017 (document #44) is hereby WITHDRAWN. Therefore, the hearing scheduled for March 1, 2017, is cancelled.

Respectfully submitted

2/16/17

/s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED

February 17, 2017

ljm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Robert T. Hammerlee               :     Case No.13-10292TPA
Karen S. Hammerlee                :     Chapter 13
    Debtor(s)                 :
Ronda J. Winnecour, Trustee       :
                                  :     Related to Document #
    Movant(s)                 :
                                  :
    vs.                       :
Navient Solutions Inc             :     Hearing Date
Sallie Mae ECFC
    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Navient Solutions Inc
PO Box 9640
Wilkes-Barre PA 18773-9640

Jack Remondi, CEO
Navient Solution Inc
220 Lasley Avenue
Wilkes-Barre PA 18706

Raymond Quinlan, Chairman & CEO
Sallie Mae
388 Greenwich Street
New York NY 10013

Alane A. Becket, Esquire
Becket & Lee LLP
16 General Warren Blvd
Malvern PA 19355
Robert and Karen Hammerlee
559 Keister Road
Venus PA 16364

Sharon Smith, Esquire
197 Main Street
Brookville PA 15825

| | |
|---|---|
| 2/16/17 | /S/ Dianne DeFoor |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert T. Hammerlee
Karen S. Hammerlee
    Debtors

Case No. 13-10292-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Feb 17, 2017
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.
db/jdb         +Robert T. Hammerlee,   Karen S. Hammerlee,   559 Keister Road,   Venus, PA 16364-2017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Caliber Home Loans, Inc. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor     Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sharon L. Smith     on behalf of Debtor Robert T. Hammerlee slschmedler@gmail.com,
           slschmedler@gmail.com
          Sharon L. Smith     on behalf of Joint Debtor Karen S. Hammerlee slschmedler@gmail.com,
           slschmedler@gmail.com
                                                                                   TOTAL: 6