UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bankruptcy No. 13-10292-TPA

ROBERT T. HAMMERLEE., Chapter 13
KAREN S. HAMMERLEE
    Debtors

    v.

NO RESPONDENT

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILTY**

1. Debtors have made all payments required by the Chapter 13 Plan.

2. Debtors are not required to pay any Domestic Support obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328 (f)(1) of the Bankruptcy Code. Section1328 (h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. Debtors complied with Federal Rules of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form. See Document Number 42.

This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Date: 13 March 2017            BY: /s/Sharon L. Smith
                                                                             Sharon L. Smith
                                                                             197 Main Street
                                                                             Brookville, PA 15825
                                                                             slschmedler@gmail.com
                                                                             814-849-6720
                                                                             PA I.D. 28738