UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          Bankruptcy No. 13-10292-TPA

ROBERT T. HAMMERLEE                              Chapter 13
KAREN S. HAMMERLEE,
    Debtors

RONDA J. WINNECOUR, TRUSTEE,
    Movant

    v.

ROBERT T.HAMMERLEE
KAREN S. HAMMERLEE,
    Respondents

**CERTIFICATE OF SERVICE
OF ORDER TO STOP PAYROLL DEDUCTIONS**

I hereby certify that I served the above captioned Order on the following parties at the following addresses on11 April 2017:

By First Class Mail:

Riverview Intermediate Unit
Attn: Payroll Manager
270 Mayfield Road
Clarion, PA 16214

By Electronic Notification:

Office of U.S. Trustee                                  Ronda J. Winnecour, Trustee
Ustpregion03.piecf@usdoj.gov                 cmecf@chapter13trusteewdpa.com

EXECUTED ON: 11 April 2017          /s/Sharon L. Smith
                                                           Sharon L. Smith
                                                           197 Main Street
                                                           Brookville, PA15825
                                                           814-849-6720
                                                           slschmedler@gmail.com
                                                           PA I.D. 28738