**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/10/17 9:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  ROBERT T. HAMMERLEE<br>  KAREN S. HAMMERLEE<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>       Movant<br>       vs.<br>  ROBERT T. HAMMERLEE<br>  KAREN S. HAMMERLEE<br><br>       Respondents | Case No.13-10292TPA<br><br>Chapter 13<br><br>Document No. 55 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __10th__ day of __April__, 20__17__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Riverview Intermediate Unit
Attn: Payroll Manager
270 Mayfield Rd
Clarion, PA 16214

is hereby ordered to immediately terminate the attachment of the wages of ROBERT T. HAMMERLEE, social security number XXX-XX-4761. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT T. HAMMERLEE.

FURTHER ORDERED:

BY THE COURT:

_____
**ljm**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-10292-TPA
Robert T. Hammerlee                                                   Chapter 13
Karen S. Hammerlee
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam              Page 1 of 1              Date Rcvd: Apr 10, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2017.
db/jdb         +Robert T. Hammerlee,   Karen S. Hammerlee,   559 Keister Road,   Venus, PA 16364-2017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Caliber Home Loans, Inc. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sharon L. Smith    on behalf of Debtor Robert T. Hammerlee slschmedler@gmail.com,
               slschmedler@gmail.com
              Sharon L. Smith    on behalf of Joint Debtor Karen S. Hammerlee slschmedler@gmail.com,
               slschmedler@gmail.com
                                                                                             TOTAL: 6