Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Robert T. Hammerlee** : | Case No. 13–10292–TPA |
| **Karen S. Hammerlee** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 60 |
| v. : | |
| **No Respondents** : | Hearing Date: 8/16/17 at 12:00 PM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this **2nd day of June, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 60 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before July 17, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on **August 16, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-10292-TPA
Robert T. Hammerlee                                                     Chapter 13
Karen S. Hammerlee
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 3              Date Rcvd: Jun 02, 2017
                              Form ID: 300b           Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
```
db/jdb       +Robert T. Hammerlee,    Karen S. Hammerlee,    559 Keister Road,    Venus, PA 16364-2017
aty          +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
               Pittsburgh, PA 15219-2719
cr           +BENEFICIAL CONSUMER DISCOUNT COMPANY,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
13598417     +AES/PHEAA,   PO BOX 8183,    HARRISBURG, PA 17105-8183
13582286     +American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
13582287     +Asset Recovery RJW 350,    RBS Citizens, N.A.,    One Citizens Dr.,    Providence, RI 02903-1339
13582288    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
13582290      Beneficial Consumer Discount Co d/b/a,    Beneficial Mortgage Co of Pennsylvania,
               P.O. Box 5253,   Carol Stream, IL 60197-5253
13582291     +Beneficial/Household Finance Co,    PO Box 3425,    Buffalo, NY 14240-3425
13582293      Berkheimer Tax Administrator,    P.O. Box 25153,    Lehigh Valley, PA 18002-5153
13689501     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13797769     +Caliber Home Loans, Inc.,    PO Box 24330,    Oklahoma City, OK 73124-0330
13582294     +Cap One,   PO Box 30253,    Salt Lake City, UT 84130-0253
13582295     +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
13582296     +Chase,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
13582298     +Chase Bank USA,   PO Box 15298,    Wilmington, DE 19850-5298
13582297     +Chase Bank USA,   PO Box 5070,    Southfield, MI 48086-5070
13582299     +Citibank/Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
13582300     +Citizens Auto Finance,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
13584023     +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
13582301     +Citizens Bank,   1200 N 7th St.,    Harrisburg, PA 17102-1419
13582302     +Comenity Bank/Fashion Bug,    PO Box 182272,    Columbus, OH 43218-2272
13582303     +Comenity Bank/Maurices,    PO Box 182789,    Columbus, OH 43218-2789
13583476     +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
13582304      Credit Acceptance Corp.,    PO Box 551888,    Detroit, MI 48255-1888
13582306      Dell Computer/Web Bank,    PO Box 78708,    Austin, TX 78708
13582308      Disability Management Services, Inc.,    P.O. Box 417174,    Boston, MA 02241-7174
13918770      ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13582312      Erie Family Life Insurance Company,    100 Erie Insurance Place,    Erie, PA 16530-2222
13582313    ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,   GLENDALE CA 91221-0963
              (address filed with court: Fidelity Info Corp,     PO Box 49938,    Los Angeles, CA 90049)
13582314     +First United National Bank,    PO Box 7,   Fryburg, PA 16326-0007
13582316     +GECRB/Home Prod,    c/o PO Box 965036,    Orlando, FL 32896-0001
13582319     +HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
13582320      HSBC Card Services,    PO Box 71104,   Charlotte, NC 28272-1104
13692242     +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13582321     +HSBC/Bon Ton,   PO Box 5253,    Carol Stream, IL 60197-5253
13582322     +HSBC/BonTon,   PO Box 5253,    Carol Stream, IL 60197-5253
13582323     +HSBC/Yamaha Music,    PO Box 5253,    Carol Stream, IL 60197-5253
13582318     +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13582325     +I C Systems, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
13582326      I.C. Systems,   444 Highway 96 East,    P.O. Box 64437,    Saint Paul, MN 55164-0437
13582327      Knights of Columbus,    PO Box 1492,    New Haven, CT 06506-1492
13582329     +Mary Ellen Keverline, Tax Collector,    456 Pinegrove School Road,    Venus, PA 16364-2418
14362821      Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13622347     +PHEAA,   Po Box 8147,   Harrisburg, PA 17105-8147
13582333     +Pinnacle Credit Services,    7900 Highway 7 #100,    Minneapolis, MN 55426-4045
13582336     +Sears/Citibank,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13582337     +TD Auto Finance,    PO Box 9223,    Farmington, MI 48333-9223
13582338     +TMS Physical Therapy,    201B Erie Street,    Grove City, PA 16127-1659
13582339      UPMC Northwest,   P.O. Box 382059,    Pittsburgh, PA 15250-8059
13582340      UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13582341    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 108,    Saint Louis, MO 63166)
13582342      Venango County Tax Claim,    1174 Elk St.,    PO Box 831,   Franklin, PA 16323-0831
13582343      Weltman, Weinberg & Reis Co., LPA,    436 Seventh Avenue,    1400 Koppers Building,
               Pittsburgh, PA 15219-1826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13652294     +E-mail/Text: bncmail@w-legal.com Jun 03 2017 00:27:36     CERASTES, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13582305     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 03 2017 00:27:39
               Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13582309      E-mail/Text: mrdiscen@discover.com Jun 03 2017 00:27:06     Discover Bank,
               6500 New Albany Road,   New Albany, OH 43054
13582310      E-mail/Text: mrdiscen@discover.com Jun 03 2017 00:27:06     Discover Financial Svcs,
               PO Box 15316,   Wilmington, DE 19850
```

```
District/off: 0315-1          User: lmar              Page 2 of 3           Date Rcvd: Jun 02, 2017
                              Form ID: 300b           Total Noticed: 75
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13582307       +E-mail/PDF: pa_dc_ed@navient.com Jun 03 2017 00:34:07      Dept of Education/Sallie Mae,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
13592242        E-mail/Text: mrdiscen@discover.com Jun 03 2017 00:27:06      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13582315       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2017 00:28:22      GE/JC Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
13582317       +E-mail/Text: ally@ebn.phinsolutions.com Jun 03 2017 00:27:06      GMAC,    PO Box 380901,
                 Minneapolis, MN 55438-0901
13585625       +E-mail/Text: bankruptcy@huntington.com Jun 03 2017 00:27:28      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
13582324        E-mail/Text: bankruptcy@huntington.com Jun 03 2017 00:27:28      Huntington National Bank,
                 PO Box 182519,    Columbus, OH 43218-2519
13582328       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2017 00:33:54      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13582330       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 03 2017 00:27:29      Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
13582331       +E-mail/PDF: cbp@onemainfinancial.com Jun 03 2017 00:28:30      OneMain,   6801 Colwell Blvd.,
                 Irving, TX 75039-3198
13582332        E-mail/PDF: cbp@onemainfinancial.com Jun 03 2017 00:28:38      OneMain Financial,
                 P.O. Box 183172,    Columbus, OH 43218-3172
13875419       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2017 00:34:08
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13582335       +E-mail/PDF: pa_dc_claims@navient.com Jun 03 2017 00:34:07      Sallie Mae,   11100 USA Pkwy,
                 Fishers, IN 46037-9203
13582334        E-mail/PDF: pa_dc_claims@navient.com Jun 03 2017 00:28:40      Sallie Mae,   PO Box 9555,
                 Wilkes Barre, PA 18773-9555
13670923       +E-mail/PDF: pa_dc_claims@navient.com Jun 03 2017 00:34:07      Sallie Mae ECFC,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13703123        E-mail/PDF: pa_dc_ed@navient.com Jun 03 2017 00:34:01      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LSF8 MASTER PARTICIPATION TRUST
cr              LSF8 Master Participation Trust
cr*            +Caliber Home Loans, Inc.,    PO Box 24330,    Oklahoma City, OK 73124-0330
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*            +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
cr*            +Pheaa,   PO Box 8147,    Harrisburg, Pa 17105-8147
13582292*      +Beneficial/Household Finance Co.,    PO Box 3425,    Buffalo, NY 14240-3425
13582311*      +Discover Financial Svcs LLC,    PO Box 15316,    Wilmington, DE 19850-5316
13582289     ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                 TOTALS: 2, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1          User: lmar                 Page 3 of 3                  Date Rcvd: Jun 02, 2017
                              Form ID: 300b              Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    Caliber Home Loans, Inc. agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
        Jerome B. Blank    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Sharon L. Smith    on behalf of Debtor Robert T. Hammerlee slschmedler@gmail.com,
         slschmedler@gmail.com
        Sharon L. Smith    on behalf of Joint Debtor Karen S. Hammerlee slschmedler@gmail.com,
         slschmedler@gmail.com

                                                                                                                                                                                                TOTAL: 8