**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   ROBERT T. HAMMERLEE
   KAREN S. HAMMERLEE
        Debtor(s)

   Ronda J. Winnecour
    Chapter 13 Trustee,
        Movant
      vs.
   No Repondents.

Case No.:13-10292 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 26, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/04/2013 and confirmed on 5/15/13. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,452.48 |
| Less Refunds to Debtor | 705.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,747.32 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,381.00 | |
|    Trustee Fee | 3,283.83 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,664.83 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CALIBER HOME LOANS | 0.00 | 43,043.00 | 0.00 | 43,043.00 |
|     Acct: 6756 | | | | |
|   CALIBER HOME LOANS | 4,156.86 | 4,156.86 | 0.00 | 4,156.86 |
|     Acct: 6756 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX: 12 | | | | |
|   CREDIT ACCEPTANCE CORP* | 13,010.89 | 13,010.89 | 1,537.42 | 14,548.31 |
|     Acct: 4357 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 14,182.88 | 14,182.88 | 1,681.71 | 15,864.59 |
|     Acct: 1600 | | | | |
| | | | | 77,612.76 |
| **Priority** | | | | |
|   SHARON L SMITH ESQ | 3,381.00 | 3,381.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT T. HAMMERLEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT T. HAMMERLEE | 705.16 | 705.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALIBER HOME LOANS | 1,065.14 | 1,065.14 | 0.00 | 1,065.14 |
|     Acct: 6756 | | | | |
|   CALIBER HOME LOANS | 1,065.14 | 1,065.14 | 0.00 | 1,065.14 |
|     Acct: 6756 | | | | |
| | | | | 2,130.28 |
| **Unsecured** | | | | |
|   ECMC(*) | 1,606.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 4907 | | | | |
|   NAVIENT SOLUTIONS INC | 8,355.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 4907 | | | | |
|   SALLIE MAE O/B/O DEPT OF EDUCATION | 8,552.81 | 0.00 | 0.00 | 0.00 |
|     Acct: .73 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX3PA0 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXXXXXXXX3PA0 | | | | |
|   CITIZENS AUTO FINANCE | 14,401.88 | 842.94 | 0.00 | 842.94 |
|     Acct: 4771 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX9994 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX0653 | | | | |
|   BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX0063 | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: X: 12 | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX: 12 | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX: 12 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX5847 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX5935 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX1957 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX7750 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX1602 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX8952 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4104 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX1219 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX1907 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX0052 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX8074 | | | | |
|   CERASTES LLC | 5,190.19 | 303.78 | 0.00 | 303.78 |
|     Acct: 4395 | | | | |
|   CITIZENS AUTO FINANCE INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX2236 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX3PA0 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX3PA0 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX3PA0 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX3PA0 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX3PA0 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX3PA0 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXPA05 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX4937 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX2657 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: XXX9636 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX9630 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX9633 | | | | |
|   DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXX1562 | | | | |
|   DISABILITY MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX0965 | | | | |
|   DISCOVER BANK(*) | 2,886.72 | 168.96 | 0.00 | 168.96 |
|    Acct: 3459 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX6041 | | | | |
|   ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXX4720 | | | | |
|   FIDELITY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX8186 | | | | |
|   FIRST UNITED NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 900 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX0080 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX6662 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX4552 | | | | |
|   GE MONEY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX1828 | | | | |
|   GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX0822 | | | | |
|   GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX0162 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX7299 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX1176 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX7299 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX8031 | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 406.04 | 23.77 | 0.00 | 23.77 |
|    Acct: 1687 | | | | |
|   BON TON | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX0941 | | | | |
|   BON TON | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX0224 | | | | |
|   YAMAHA/GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXX0075 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXX7149 | | | | |
|   KNIGHTS OF COLUMBUS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXX6917 | | | | |
|   KNIGHTS OF COLUMBUS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXX6916 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX8074 | | | | |
|   TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |

13-10292 TPA                                                                                     Page 4 of 4

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XX3123 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX7854 | | | | |
| PINNACLE CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: KA1 | | | | |
| SALLIE MAE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX2008 | | | | |
| SALLIE MAE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX2008 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX4979 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX0075 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX0017 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4194 | | | | |
| TMS PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX3121 | | | | |
| UPMC NORTHWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX2254 | | | | |
| UPMC NORTHWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX2272 | | | | |
| UPMC NORTHWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX2279 | | | | |
| UPMC NORTHWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX3014 | | | | |
| UPMC NORTHWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX3001 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX1000 | | | | |
| US BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3033 | | | | |
| NAVIENT F/K/A SALLIE MAE ECFC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX4761 | | | | |
| | | | | 1,339.45 |

TOTAL PAID TO CREDITORS                                                                81,082.49

TOTAL
CLAIMED        2,130.28
PRIORITY      31,350.63
SECURED       41,399.27


Date: 05/26/2017                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   ROBERT T. HAMMERLEE<br>   KAREN S. HAMMERLEE<br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>      vs.<br>   No Repondents. | Case No.:13-10292 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                             BY THE COURT:

                                                                             U.S. BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                       Western District of Pennsylvania
In re:                                                            Case No. 13-10292-TPA
Robert T. Hammerlee                                               Chapter 13
Karen S. Hammerlee
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-1           User: lmar                  Page 1 of 3                   Date Rcvd: Jun 02, 2017
                               Form ID: pdf900             Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db/jdb         +Robert T. Hammerlee,    Karen S. Hammerlee,    559 Keister Road,   Venus, PA 16364-2017
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,   600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Navient Solutions, Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
13598417       +AES/PHEAA,   PO BOX 8183,   HARRISBURG, PA 17105-8183
13582286       +American Education Services,    PO Box 2461,   Harrisburg, PA 17105-2461
13582287       +Asset Recovery RJW 350,    RBS Citizens, N.A.,    One Citizens Dr.,   Providence, RI 02903-1339
13582288      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982235,   El Paso, TX 79998)
13582290        Beneficial Consumer Discount Co d/b/a,    Beneficial Mortgage Co of Pennsylvania,
                 P.O. Box 5253,   Carol Stream, IL 60197-5253
13582291       +Beneficial/Household Finance Co,    PO Box 3425,   Buffalo, NY 14240-3425
13582293        Berkheimer Tax Administrator,    P.O. Box 25153,   Lehigh Valley, PA 18002-5153
13689501       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
13797769       +Caliber Home Loans, Inc.,    PO Box 24330,   Oklahoma City, OK 73124-0330
13582294       +Cap One,   PO Box 30253,    Salt Lake City, UT 84130-0253
13582295       +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
13582296       +Chase,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
13582298       +Chase Bank USA,   PO Box 15298,    Wilmington, DE 19850-5298
13582297       +Chase Bank USA,   PO Box 5070,    Southfield, MI 48086-5070
13582299       +Citibank/Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
13582300       +Citizens Auto Finance,    480 Jefferson Blvd.,   Warwick, RI 02886-1359
13584023       +Citizens Auto Finance,    443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
13582301       +Citizens Bank,   1200 N 7th St.,    Harrisburg, PA 17102-1419
13582302       +Comenity Bank/Fashion Bug,    PO Box 182272,   Columbus, OH 43218-2272
13582303       +Comenity Bank/Maurices,    PO Box 182789,   Columbus, OH 43218-2789
13583476       +Credit Acceptance,   25505 West Twelve Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
13582304        Credit Acceptance Corp.,    PO Box 551888,   Detroit, MI 48255-1888
13582306        Dell Computer/Web Bank,    PO Box 78708,   Austin, TX 78708
13582308        Disability Management Services, Inc.,    P.O. Box 417174,   Boston, MA 02241-7174
13918770        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13582312        Erie Family Life Insurance Company,    100 Erie Insurance Place,   Erie, PA 16530-2222
13582313      ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,   GLENDALE CA 91221-0963
                (address filed with court: Fidelity Info Corp,    PO Box 49938,   Los Angeles, CA 90049)
13582314       +First United National Bank,    PO Box 7,   Fryburg, PA 16326-0007
13582316       +GECRB/Home Prod,   c/o PO Box 965036,    Orlando, FL 32896-0001
13582319       +HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
13582320        HSBC Card Services,   PO Box 71104,    Charlotte, NC 28272-1104
13692242       +HSBC Mortgage Services, Inc.,    PO Box 21188,   Eagan, MN 55121-0188
13582321       +HSBC/Bon Ton,   PO Box 5253,    Carol Stream, IL 60197-5253
13582322       +HSBC/BonTon,   PO Box 5253,    Carol Stream, IL 60197-5253
13582323       +HSBC/Yamaha Music,   PO Box 5253,    Carol Stream, IL 60197-5253
13582318       +Home Depot/Citibank,   PO Box 6497,    Sioux Falls, SD 57117-6497
13582325       +I C Systems, Inc.,   PO Box 64378,    Saint Paul, MN 55164-0378
13582326        I.C. Systems,   444 Highway 96 East,    P.O. Box 64437,   Saint Paul, MN 55164-0437
13582327        Knights of Columbus,   PO Box 1492,    New Haven, CT 06506-1492
13582329       +Mary Ellen Keverline, Tax Collector,    456 Pinegrove School Road,   Venus, PA 16364-2418
14362821        Navient Solutions, Inc.,    P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13622347       +PHEAA,   Po Box 8147,   Harrisburg, PA 17105-8147
13582333       +Pinnacle Credit Services,    7900 Highway 7 #100,   Minneapolis, MN 55426-4045
13582336       +Sears/Citibank,   P.O. Box 6282,    Sioux Falls, SD 57117-6282
13582337       +TD Auto Finance,   PO Box 9223,    Farmington, MI 48333-9223
13582338       +TMS Physical Therapy,    201B Erie Street,   Grove City, PA 16127-1659
13582339        UPMC Northwest,   P.O. Box 382059,    Pittsburgh, PA 15250-8059
13582340        UPMC Physician Services,    PO Box 371980,   Pittsburgh, PA 15250-7980
13582341      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    PO Box 108,   Saint Louis, MO 63166)
13582342        Venango County Tax Claim,    1174 Elk St.,   PO Box 831,   Franklin, PA 16323-0831
13582343        Weltman, Weinberg & Reis Co., LPA,    436 Seventh Avenue,   1400 Koppers Building,
                 Pittsburgh, PA 15219-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13652294       +E-mail/Text: bncmail@w-legal.com Jun 03 2017 00:27:36     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13582305       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 03 2017 00:27:39
                 Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13582309        E-mail/Text: mrdiscen@discover.com Jun 03 2017 00:27:06     Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
13582310        E-mail/Text: mrdiscen@discover.com Jun 03 2017 00:27:06     Discover Financial Svcs,
                 PO Box 15316,   Wilmington, DE 19850
```

```
District/off: 0315-1            User: lmar                Page 2 of 3                  Date Rcvd: Jun 02, 2017
                                Form ID: pdf900           Total Noticed: 75
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13582307       +E-mail/PDF: pa_dc_ed@navient.com Jun 03 2017 00:34:01      Dept of Education/Sallie Mae,
                 PO Box 9635,   Wilkes Barre, PA 18773-9635
13592242        E-mail/Text: mrdiscen@discover.com Jun 03 2017 00:27:06      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13582315       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2017 00:28:39      GE/JC Penney,   PO Box 965007,
                 Orlando, FL 32896-5007
13582317       +E-mail/Text: ally@ebn.phinsolutions.com Jun 03 2017 00:27:06      GMAC,   PO Box 380901,
                 Minneapolis, MN 55438-0901
13585625       +E-mail/Text: bankruptcy@huntington.com Jun 03 2017 00:27:29      Huntington National Bank,
                 P O Box 89424,   Cleveland OH 44101-6424
13582324        E-mail/Text: bankruptcy@huntington.com Jun 03 2017 00:27:29      Huntington National Bank,
                 PO Box 182519,   Columbus, OH 43218-2519
13582328       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2017 00:34:02      LVNV Funding LLC,
                 PO Box 10497,   Greenville, SC 29603-0497
13582330       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 03 2017 00:27:29      Midland Credit Management,
                 8875 Aero Drive,   San Diego, CA 92123-2255
13582331       +E-mail/PDF: cbp@onemainfinancial.com Jun 03 2017 00:28:23      OneMain,   6801 Colwell Blvd.,
                 Irving, TX 75039-3198
13582332        E-mail/PDF: cbp@onemainfinancial.com Jun 03 2017 00:28:31      OneMain Financial,
                 P.O. Box 183172,   Columbus, OH 43218-3172
13875419       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2017 00:48:36
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13582335       +E-mail/PDF: pa_dc_claims@navient.com Jun 03 2017 00:34:01      Sallie Mae,   11100 USA Pkwy,
                 Fishers, IN 46037-9203
13582334        E-mail/PDF: pa_dc_claims@navient.com Jun 03 2017 00:28:33      Sallie Mae,   PO Box 9555,
                 Wilkes Barre, PA 18773-9555
13670923       +E-mail/PDF: pa_dc_claims@navient.com Jun 03 2017 00:34:01      Sallie Mae ECFC,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
13703123        E-mail/PDF: pa_dc_ed@navient.com Jun 03 2017 00:34:07      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,   Atlanta, GA. 30374-0351
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LSF8 MASTER PARTICIPATION TRUST
cr              LSF8 Master Participation Trust
cr*            +Caliber Home Loans, Inc.,    PO Box 24330,   Oklahoma City, OK 73124-0330
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*            +PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
cr*            +Pheaa,   PO Box 8147,   Harrisburg, Pa 17105-8147
13582292*      +Beneficial/Household Finance Co.,    PO Box 3425,   Buffalo, NY 14240-3425
13582311*      +Discover Financial Svcs LLC,   PO Box 15316,   Wilmington, DE 19850-5316
13582289     ##+Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
                                                                                              TOTALS: 2, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                      Signature:   /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-1           User: lmar                  Page 3 of 3                   Date Rcvd: Jun 02, 2017
                               Form ID: pdf900             Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    Caliber Home Loans, Inc. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Sharon L. Smith    on behalf of Debtor Robert T. Hammerlee slschmedler@gmail.com, slschmedler@gmail.com
        Sharon L. Smith    on behalf of Joint Debtor Karen S. Hammerlee slschmedler@gmail.com, slschmedler@gmail.com

        TOTAL: 6