# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

In re:  
    ROBERT T. HAMMERLEE  
    KAREN S. HAMMERLEE  
        Debtor(s)

Case No. 13-10292TPA

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/04/2013.

2) The plan was confirmed on 05/15/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 09/25/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/28/2017.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $69,606.79.

10) Amount of unsecured claims discharged without payment: $63,869.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $88,452.48 |
| Less amount refunded to debtor | $705.16 |

**NET RECEIPTS:**      **$87,747.32**

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,381.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,283.83 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$6,664.83**

Attorney fees paid and disclosed by debtor:      $319.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA** | Unsecured | 1,568.57 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 8,614.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL/HFC(*) | Unsecured | 18,859.00 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR | Unsecured | 31.50 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR | Unsecured | 31.50 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR | Unsecured | 17.75 | NA | NA | 0.00 | 0.00 |
| BON TON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BON TON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CALIBER HOME LOANS | Secured | 109,849.00 | 122,957.48 | 0.00 | 43,043.00 | 0.00 |
| CALIBER HOME LOANS | Secured | 0.00 | 4,156.86 | 4,156.86 | 4,156.86 | 0.00 |
| CALIBER HOME LOANS | Priority | 0.00 | 1,065.14 | 1,065.14 | 1,065.14 | 0.00 |
| CALIBER HOME LOANS | Priority | 0.00 | 1,065.14 | 1,065.14 | 1,065.14 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 0.00 | 5,190.19 | 5,190.19 | 303.78 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS AUTO FINANCE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS AUTO FINANCE(*) | Unsecured | 14,250.77 | 14,401.88 | 14,401.88 | 842.94 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Secured | 13,443.00 | 13,010.89 | 13,010.89 | 13,010.89 | 1,537.42 |
| CREDIT MANAGEMENT CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISABILITY MANAGEMENT SERVICE | Unsecured | 182.37 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 3,997.02 | 2,886.72 | 2,886.72 | 168.96 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 3,011.00 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 1,568.00 | 1,606.30 | 1,606.30 | 0.00 | 0.00 |
| ERIE INSURANCE GROUP | Unsecured | 52.50 | NA | NA | 0.00 | 0.00 |
| FIDELITY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST UNITED NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 14,596.00 | 14,182.88 | 14,182.88 | 14,182.88 | 1,681.71 |
| IC SYSTEM INC | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| KNIGHTS OF COLUMBUS | Unsecured | 121.25 | NA | NA | 0.00 | 0.00 |
| KNIGHTS OF COLUMBUS | Unsecured | 187.25 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT F/K/A SALLIE MAE ECFC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 8,153.71 | 8,355.33 | 8,355.33 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 7,418.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 361.42 | 406.04 | 406.04 | 23.77 | 0.00 |
| SALLIE MAE INC** | Unsecured | 1,689.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC** | Unsecured | 3,011.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE O/B/O DEPT OF EDUCAT | Unsecured | 3,492.00 | 8,552.81 | 8,552.81 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 2,609.00 | NA | NA | 0.00 | 0.00 |
| TAX AUTH OR TYPE TAX UNKNOWN | Unsecured | 31.50 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TMS PHYSICAL THERAPY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| UPMC NORTHWEST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| UPMC NORTHWEST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| UPMC NORTHWEST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| UPMC NORTHWEST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| UPMC NORTHWEST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| US BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VENANGO COUNTY TAX CLAIM BUR | Secured | 1,014.39 | NA | NA | 0.00 | 0.00 |
| YAMAHA/GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $43,043.00 | $0.00 |
|     Mortgage Arrearage | $4,156.86 | $4,156.86 | $0.00 |
|     Debt Secured by Vehicle | $27,193.77 | $27,193.77 | $3,219.13 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,350.63** | **$74,393.63** | **$3,219.13** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $2,130.28 | $2,130.28 | $0.00 |
| **TOTAL PRIORITY:** | **$2,130.28** | **$2,130.28** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,399.27** | **$1,339.45** | **$0.00** |

| **Disbursements:** | |
|---|---:|
|     Expenses of Administration | $6,664.83 |
|     Disbursements to Creditors | $81,082.49 |
| **TOTAL DISBURSEMENTS :** | **$87,747.32** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/03/2017           By: /s/ Ronda J. Winnecour
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**