| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Robert T. Hammerlee** | Social Security number or ITIN  xxx–xx–4761 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Karen S. Hammerlee** | Social Security number or ITIN  xxx–xx–4907 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **13–10292–TPA** | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert T. Hammerlee                             Karen S. Hammerlee

<u>8/2/17</u>                                          **By the court:**   <u>Thomas P. Agresti</u>
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                Case No. 13-10292-TPA
Robert T. Hammerlee                                                   Chapter 13
Karen S. Hammerlee
      Debtors              CERTIFICATE OF NOTICE
District/off: 0315-1           User: dkam                 Page 1 of 3                  Date Rcvd: Aug 02, 2017
                               Form ID: 3180W             Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db/jdb        +Robert T. Hammerlee,    Karen S. Hammerlee,    559 Keister Road,    Venus, PA 16364-2017
aty           +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,   600 Grant Street,
                Pittsburgh, PA 15219-2719
cr            +BENEFICIAL CONSUMER DISCOUNT COMPANY,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +Navient Solutions, Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
13598417      +AES/PHEAA,   PO BOX 8183,    HARRISBURG, PA 17105-8183
13582286      +American Education Services,    PO Box 2461,   Harrisburg, PA 17105-2461
13582287      +Asset Recovery RJW 350,    RBS Citizens, N.A.,   One Citizens Dr.,    Providence, RI 02903-1339
13582293       Berkheimer Tax Administrator,    P.O. Box 25153,   Lehigh Valley, PA 18002-5153
13689501      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
13582297      +Chase Bank USA,   PO Box 5070,    Southfield, MI 48086-5070
13584023      +Citizens Auto Finance,    443 Jefferson Blvd,   RJW 135,    Warwick RI 02886-1321
13582300      +Citizens Auto Finance,    480 Jefferson Blvd.,   Warwick, RI 02886-1359
13582301      +Citizens Bank,   1200 N 7th St.,    Harrisburg, PA 17102-1419
13583476      +Credit Acceptance,   25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13582304       Credit Acceptance Corp.,    PO Box 551888,   Detroit, MI 48255-1888
13582306       Dell Computer/Web Bank,    PO Box 78708,   Austin, TX 78708
13582308       Disability Management Services, Inc.,    P.O. Box 417174,    Boston, MA 02241-7174
13918770       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13582312       Erie Family Life Insurance Company,    100 Erie Insurance Place,    Erie, PA 16530-2222
13582313      ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,   GLENDALE CA 91221-0963
              (address filed with court: Fidelity Info Corp,    PO Box 49938,    Los Angeles, CA 90049)
13582314      +First United National Bank,    PO Box 7,   Fryburg, PA 16326-0007
13582320       HSBC Card Services,   PO Box 71104,    Charlotte, NC 28272-1104
13582327       Knights of Columbus,    PO Box 1492,   New Haven, CT 06506-1492
13582329      +Mary Ellen Keverline, Tax Collector,    456 Pinegrove School Road,    Venus, PA 16364-2418
14362821       Navient Solutions, Inc.,    P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13622347      +PHEAA,   Po Box 8147,    Harrisburg, PA 17105-8147
13582333      +Pinnacle Credit Services,    7900 Highway 7 #100,   Minneapolis, MN 55426-4045
13582338      +TMS Physical Therapy,    201B Erie Street,   Grove City, PA 16127-1659
13582339       UPMC Northwest,   P.O. Box 382059,    Pittsburgh, PA 15250-8059
13582340       UPMC Physician Services,    PO Box 371980,   Pittsburgh, PA 15250-7980
13582342       Venango County Tax Claim,    1174 Elk St.,   PO Box 831,    Franklin, PA 16323-0831
13582343       Weltman, Weinberg & Reis Co., LPA,    436 Seventh Avenue,   1400 Koppers Building,
                Pittsburgh, PA 15219-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:24:13      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
13582288       EDI: BANKAMER.COM Aug 03 2017 01:18:00      Bank of America,    PO Box 982235,
                El Paso, TX 79998
13582289      +EDI: BANKAMER2.COM Aug 03 2017 01:18:00      Bank of America,   PO Box 17054,
                Wilmington, DE 19850-7054
13582290       EDI: HFC.COM Aug 03 2017 01:18:00      Beneficial Consumer Discount Co d/b/a,
                Beneficial Mortgage Co of Pennsylvania,    P.O. Box 5253,   Carol Stream, IL 60197-5253
13582291      +EDI: HFC.COM Aug 03 2017 01:18:00      Beneficial/Household Finance Co,   PO Box 3425,
                Buffalo, NY 14240-3425
13652294      +E-mail/Text: bncmail@w-legal.com Aug 03 2017 01:24:38      CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13797769       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 03 2017 01:25:18      Caliber Home Loans, Inc.,
                PO Box 24330,   Oklahoma City, OK 73124-0330
13582294      +EDI: CAPITALONE.COM Aug 03 2017 01:18:00      Cap One,   PO Box 30253,
                Salt Lake City, UT 84130-0253
13582295      +EDI: CAPITALONE.COM Aug 03 2017 01:18:00      Capital One,   PO Box 30281,
                Salt Lake City, UT 84130-0281
13582296      +EDI: CHASE.COM Aug 03 2017 01:18:00      Chase,   800 Brooksedge Blvd.,
                Westerville, OH 43081-2822
13582298      +EDI: CHASE.COM Aug 03 2017 01:18:00      Chase Bank USA,   PO Box 15298,
                Wilmington, DE 19850-5298
13582299      +EDI: SEARS.COM Aug 03 2017 01:18:00      Citibank/Sears,   PO Box 6282,
                Sioux Falls, SD 57117-6282
13582302      +EDI: WFNNB.COM Aug 03 2017 01:18:00      Comenity Bank/Fashion Bug,   PO Box 182272,
                Columbus, OH 43218-2272
13582303      +EDI: WFNNB.COM Aug 03 2017 01:18:00      Comenity Bank/Maurices,   PO Box 182789,
                Columbus, OH 43218-2789
13582305      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 03 2017 01:24:49
                Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13582309       EDI: DISCOVER.COM Aug 03 2017 01:18:00      Discover Bank,   6500 New Albany Road,
                New Albany, OH 43054
```

```
District/off: 0315-1          User: dkam                  Page 2 of 3                  Date Rcvd: Aug 02, 2017
                              Form ID: 3180W              Total Noticed: 77

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13582310        EDI: DISCOVER.COM Aug 03 2017 01:18:00      Discover Financial Svcs,    PO Box 15316,
                 Wilmington, DE 19850
13582307       +EDI: NAVIENTFKASMDOE.COM Aug 03 2017 01:19:00      Dept of Education/Sallie Mae,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
13592242        EDI: DISCOVER.COM Aug 03 2017 01:18:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
13582315       +EDI: RMSC.COM Aug 03 2017 01:18:00      GE/JC Penney,    PO Box 965007,    Orlando, FL 32896-5007
13582316       +EDI: RMSC.COM Aug 03 2017 01:18:00      GECRB/Home Prod,    c/o PO Box 965036,
                 Orlando, FL 32896-0001
13582317       +EDI: GMACFS.COM Aug 03 2017 01:18:00      GMAC,    PO Box 380901,    Minneapolis, MN 55438-0901
13582319       +EDI: HFC.COM Aug 03 2017 01:18:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13692242       +EDI: HFC.COM Aug 03 2017 01:18:00      HSBC Mortgage Services, Inc.,    PO Box 21188,
                 Eagan, MN 55121-0188
13582321       +EDI: HFC.COM Aug 03 2017 01:18:00      HSBC/Bon Ton,    PO Box 5253,
                 Carol Stream, IL 60197-5253
13582322       +EDI: HFC.COM Aug 03 2017 01:18:00      HSBC/BonTon,    PO Box 5253,    Carol Stream, IL 60197-5253
13582323       +EDI: HFC.COM Aug 03 2017 01:18:00      HSBC/Yamaha Music,    PO Box 5253,
                 Carol Stream, IL 60197-5253
13582318       +EDI: CITICORP.COM Aug 03 2017 01:18:00      Home Depot/Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
13585625       +E-mail/Text: bankruptcy@huntington.com Aug 03 2017 01:24:27      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
13582324        E-mail/Text: bankruptcy@huntington.com Aug 03 2017 01:24:27      Huntington National Bank,
                 PO Box 182519,    Columbus, OH 43218-2519
13582325       +EDI: IIC9.COM Aug 03 2017 01:19:00      I C Systems, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
13582326        EDI: IIC9.COM Aug 03 2017 01:19:00      I.C. Systems,    444 Highway 96 East,    P.O. Box 64437,
                 Saint Paul, MN 55164-0437
13582328       +EDI: RESURGENT.COM Aug 03 2017 01:18:00      LVNV Funding LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
13582330       +EDI: MID8.COM Aug 03 2017 01:18:00      Midland Credit Management,    8875 Aero Drive,
                 San Diego, CA 92123-2255
13582331       +EDI: AGFINANCE.COM Aug 03 2017 01:18:00      OneMain,    6801 Colwell Blvd.,
                 Irving, TX 75039-3198
13582332        EDI: AGFINANCE.COM Aug 03 2017 01:18:00      OneMain Financial,    P.O. Box 183172,
                 Columbus, OH 43218-3172
13875419       +EDI: PRA.COM Aug 03 2017 01:18:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
13582335       +EDI: NAVIENTFKASMSERV.COM Aug 03 2017 01:18:00      Sallie Mae,    11100 USA Pkwy,
                 Fishers, IN 46037-9203
13582334        EDI: NAVIENTFKASMSERV.COM Aug 03 2017 01:18:00      Sallie Mae,    PO Box 9555,
                 Wilkes Barre, PA 18773-9555
13670923       +EDI: NAVIENTFKASMSERV.COM Aug 03 2017 01:18:00      Sallie Mae ECFC,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13703123        EDI: NAVIENTFKASMDOE.COM Aug 03 2017 01:19:00      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
13582336       +EDI: SEARS.COM Aug 03 2017 01:18:00      Sears/Citibank,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
13582337       +EDI: CHRYSLER.COM Aug 03 2017 01:18:00      TD Auto Finance,    PO Box 9223,
                 Farmington, MI 48333-9223
13582341        EDI: USBANKARS.COM Aug 03 2017 01:18:00      US Bank,    PO Box 108,    Saint Louis, MO 63166
                                                                                              TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             LSF8 MASTER PARTICIPATION TRUST
cr             LSF8 Master Participation Trust
cr*           +Caliber Home Loans, Inc.,    PO Box 24330,   Oklahoma City, OK 73124-0330
cr*            ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*           +PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
cr*           +Pheaa,   PO Box 8147,   Harrisburg, Pa 17105-8147
13582292*     +Beneficial/Household Finance Co.,    PO Box 3425,   Buffalo, NY 14240-3425
13582311*     +Discover Financial Svcs LLC,    PO Box 15316,   Wilmington, DE 19850-5316
                                                                                              TOTALS: 2, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1          User: dkam              Page 3 of 3              Date Rcvd: Aug 02, 2017
                              Form ID: 3180W          Total Noticed: 77
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Caliber Home Loans, Inc. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sharon L. Smith    on behalf of Debtor Robert T. Hammerlee slschmedler@gmail.com,
               slschmedler@gmail.com
              Sharon L. Smith    on behalf of Joint Debtor Karen S. Hammerlee slschmedler@gmail.com,
               slschmedler@gmail.com
                                                                                             TOTAL: 8
```